ALMA B. JACKMAN, Respondent, v. DOUGLAS JACKMAN, Defendant. HAROLD G. WINANS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

### (January 24, 1940.)

In the Matter of the Application of ALUMINUM COMPANY OF AMERICA, Petitioner, against MILO R. MALTBIE, GEORGE R. VAN NAMEE, GEORGE R. LUNN, NEAL BREWSTER and MAURICE C. BURRITT, Constituting the Public Service Commission of the State of New York; the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK; and THE NIAGARA FALLS POWER COMPANY, Respondents, for an Order Pursuant to Article 78 of the Civil Practice Act.— Motion to amend petition granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.